IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **LOIS YATES,** <br>     **Plaintiff,** <br> v. <br> **WAFFLE HOUSE, INC.,** <br>     **Defendant.** | **CIVIL ACTION NO.** <br><br> **1:18-cv-00082-LG-RHW** |

## NOTICE OF DISMISSAL

**COMES NOW** the Plaintiff, Lois Yates ("Plaintiff"), by and through her undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) *Fed. R. Civ. P.*, and hereby respectfully requests the Court dismiss this matter.

Respectfully Submitted, this the 13th Day of July, 2018.

/s/ Pshon Barrett
**Pshon Barrett**
MS- 2071
ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36106
334.819.4030 p
334.521.3859 f
Pshon.Barrett@ADA-Firm.com
*Attorney for the Plaintiff*

[1]

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day filed with the Clerk of Court the aforementioned Complaint for service of process by USPS mail or electronic mail, postage prepaid and properly addressed this 13th day of July, 2018 to the following:

**Patrick Timothy Bergin**
BUTLER SNOW LLP
1300 25th Avenue, Suite 204 (39501)
P.O. Drawer 4248
Gulfport, MS 39502-4248
Phone: 228-864-1170
Fax: 228-868-1531
Email: patrick.bergin@butlersnow.com


/s/ Pshon Barrett
**Pshon Barrett**
MS- 2071
ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36106
334.819.4030 p
334.521.3859 f
Pshon.Barrett@ADA-Firm.com
*Attorney for the Plaintiff*

[2]